U.S.A. vs **Roberto Hernandez Hernandez**   No. **08mj0658**

The Court finds excludable delay, under the section indicated by check (✓),
commenced on **4-1-08** and ended on **4-8-08** ; ( XT1 )
_____ and ended on _____ . ( )

**3161(h)**

___ (1)(A)   Exam or hrg for **mental or physical incapacity**   A

___ (1)(B)   **NARA exam**ination (28:2902)   B

___ (1)(D)   State or Federal trials or **other charges pending**   C

___ (1)(E)   **Interlocutory appeals**   D

___ (1)(F)   **Pretrial motions** (from flg to hrg or other prompt dispo)   E

___ (1)(G)   **Transfers from other district** (per FRCrP 20, 21 & 40)   F

___ (1)(J)   **Proceedings under advisement** not to exceed thirty days   G

___          Misc proc: Parole or prob rev, deportation, **extradition**   H

___ (1)(H)   **Transportation** from another district or to/from examination   6
             or hospitalization in ten days or less

___ (1)(I)   Consideration by Court of **proposed plea agreement**   7

___ (2)      **Prosecution deferred** by mutual agreement   I

___ (3)(A)(B) **Unavailability of defendant** or **essential witness**   M

___ (4)      Period of **mental or physical incompetence** of defendant to   N
             stand trial

___ (5)      Period of **NARA commitment or treatment**   O

___ (6)      **Superseding indictment and/or new charges**   P

___ (7)      **Defendant awaiting trial of co-defendant** when no severance   R
             has been granted

___ (8)(A)(B) **Continuances** granted per (h)(8)-use "T" alone if more than   T
             one of the reasons below are given in support of continuance

X (8)(B)(I)  1) Failure to grant a **continuance** in the proceeding   (T1)
             would result in a **miscarriage of justice** and
             the ends of justice outweigh the best interest
             of the public and the defendant in a speedy trial.
             **(Continuance - miscarriage of justice)**

___          2) Failure to grant a **continuance** of the trial would result in
             a miscarriage of justice as the defendant has tendered a
             guilty plea to a magistrate judge and is awaiting a
             determination as to whether the plea will be accepted.
             **(Continuance - tendered a guilty plea)**

___ (8)(B)(ii)  2) **Case unusual or complex**   T2

___ (8)(B)(iii) 3) **Indictment following arrest cannot be filed** in thirty (30) days   T3

___ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,   T4
                or give reasonable time to prepare
                **(Continuance re counsel)**

___ 3161(I)  Time up to **withdrawal of guilty plea**   U

___ 3161(b)  **Grand jury indictment time extended** thirty (30) more days   W

Date **4-1-08**                                       **CAB**
                                                   Judge's Initials